**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.**   0:26-cv-60798-RS

CHARLES HENRY JOHNSON,

      Plaintiff,

v.

AVO MIAMI GROVE, LLC *et al.*,

      Defendants.

_____/

**SUMMONS IN A CIVIL ACTION**

To:        Defendant:    Avo Miami Grove, LLC
        Registered Agent:  Lance Denha
                      200 S. Andrews Avenue Suite 604
                      Fort Lauderdale, Florida 33301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dillon S. Cuthbertson, Esq.
Koz Law, P.A.
800 East Cypress Creek Road, Suite 421
Fort Lauderdale, Florida 33334

Tel:   (786) 924-9929
Fax:  (786) 358-6071
Email: dc@kozlawfirm.com

If you fail to respond, judgment by defa____ _____ ____ _____ ____ ____ __nded in the complaint. You also must file your answer or _____

**SUMMONS**

Date:   Mar 19, 2026

*s/ Micky Quezada*
_____
Deputy Clerk        *k*
U.S. District Courts

Angela E. Noble
Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.**   0:26-cv-60798-RS

CHARLES HENRY JOHNSON,

      Plaintiff,

v.

AVO MIAMI GROVE, LLC *et al.*,

      Defendants.

_____/

**SUMMONS IN A CIVIL ACTION**

To:         Defendant:    Avo South Miami LLC d/b/a Avo Miami
         Registered Agent:  Fileforms LLC
                          608 SW 4th Ave
                          Fort Lauderdale, Florida 33315

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      Dillon S. Cuthbertson, Esq.
      Koz Law, P.A.
      800 East Cypress Creek Road, Suite 421
      Fort Lauderdale, Florida 33334

      Tel:   (786) 924-9929
      Fax:  (786) 358-6071
      Email: dc@kozlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or

**SUMMONS**

Date:  Mar 19, 2026

*s/ Micky Quezada*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.   0:26-cv-60798-RS

CHARLES HENRY JOHNSON,

      Plaintiff,

v.

AVO MIAMI GROVE, LLC *et al.*,

      Defendants.

_____/

**SUMMONS IN A CIVIL ACTION**

To:      Defendant:    DM Avo LLC d/b/a Avo Miami
      Registered Agent:  Kenneth Rosen Cpa P.A.
                  1410 - 20th Street Suite 202
                  Miami Beach, Florida 33139

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      Dillon S. Cuthbertson, Esq.
      Koz Law, P.A.
      800 East Cypress Creek Road, Suite 421
      Fort Lauderdale, Florida 33334

      Tel:    (786) 924-9929
      Fax:   (786) 358-6071
      Email: dc@kozlawfirm.com

      If you fail to respond, judgment by defau[lt will be entered against you for the relief dema]nded in the complaint. You also must file your answer or [motion with the court.]

**SUMMONS**

Date: Mar 19, 2026

Angela E. Noble
Clerk of Court

*s/ Micky Quezada*

Deputy Clerk
U.S. District Courts

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**CASE NO.** 0:26-cv-60798-RS

CHARLES HENRY JOHNSON,

     Plaintiff,

v.

AVO MIAMI GROVE, LLC *et al.*,

     Defendants.

_____/

## SUMMONS IN A CIVIL ACTION

To:       Defendant:     Dilgas Murad
                         650 West Ave Apt 711
                         Miami Beach, Florida 33139

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dillon S. Cuthbertson, Esq.
Koz Law, P.A.
800 East Cypress Creek Road, Suite 421
Fort Lauderdale, Florida 33334

Tel:   (786) 924-9929
Fax:  (786) 358-6071
Email: dc@kozlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or

Date:   Mar 19, 2026

**SUMMONS**

*s/ Micky Quezada*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court